IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Herring Sr, Marvin McClinto | Case Number: 04 B 19722 |
|---|---|---|
| | Herring, Lelea Mae | Judge: Hollis, Pamela S |
| | Printed: 8/19/08 | Filed: 5/20/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 1, 2008
Confirmed: August 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 87,698.29 | |
| Secured: | | 72,625.89 |
| Unsecured: | | 7,554.58 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 4,708.43 |
| Other Funds: | | 109.39 |
| Totals: | 87,698.29 | 87,698.29 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | CitiMortgage Inc | Secured | 56,231.12 | 56,231.12 |
| 3. | CitiMortgage Inc | Secured | 3,443.07 | 3,443.07 |
| 4. | Wells Fargo Fin Acceptance | Secured | 12,951.70 | 12,951.70 |
| 5. | CitiMortgage Inc | Unsecured | 395.00 | 395.00 |
| 6. | Peoples Energy Corp | Unsecured | 21.45 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 103.07 | 248.44 |
| 8. | Arrow Financial Services | Unsecured | 113.26 | 272.99 |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | 18.00 | 43.38 |
| 10. | ECast Settlement Corp | Unsecured | 1,329.30 | 3,204.20 |
| 11. | ECast Settlement Corp | Unsecured | 211.12 | 508.89 |
| 12. | Discover Financial Services | Unsecured | 89.80 | 0.00 |
| 13. | Wells Fargo Fin Acceptance | Unsecured | 1,195.49 | 2,881.68 |
| 14. | World Credit Investors LLC | Unsecured | 198.98 | 0.00 |
| 15. | Household Bank FSB | Unsecured | | No Claim Filed |
| 16. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 17. | Rice Group | Unsecured | | No Claim Filed |
| 18. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 19. | National Bank NBA | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 79,001.36 | $ 82,880.47 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 1,126.39 |
| 4% | 192.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Herring Sr, Marvin McClinto<br>Herring, Lelea Mae<br>Printed: 8/19/08 | Case Number: 04 B 19722<br>Judge: Hollis, Pamela S<br>Filed: 5/20/04 |

|  |  |
|---:|---:|
| 3% | 168.52 |
| 5.5% | 856.00 |
| 5% | 291.29 |
| 4.8% | 520.01 |
| 5.4% | 1,553.62 |
| | _____ |
| | $ 4,708.43 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ Mack_____